IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| ALEXANDRE DAVIS, | CV 23-45-GF-BMM-JTJ |
| Plaintiff, | |
| vs. | ORDER |
| COMMANDER, CASCADE COUNTY DETENTION FACILITY, | |
| Defendant. | |

Plaintiff Alexandre Davis has moved to dismiss this action. (Doc. 19.) Defendants have only recently answered the Complaint. Federal Rule of Civil Procedure 41(a)(2) provides an avenue for voluntary dismissal. The Court finds it appropriate to grant the motion.

Accordingly, Plaintiff's motion is GRANTED. The above-referenced matter is DISMISSED without prejudice. The Clerk of Court is directed to close the case.

DATED this 11th day of December, 2023.

_____
Brian Morris, Chief District Judge
United States District Court